# Exhibit 4

Invoices

# INVOICE

DepoTexas
13101 Northwest Freeway, Suite 210
Houston, TX  77040
Phone:281-469-5580   Fax:713-460-2525

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 405835 | 7/6/2016 | 289457 |

| Job Date | Case No. |
|---|---|
| 6/15/2016 | 4:15-CV-2254 |

| Case Name |
|---|
| Gene Gerard Basler v. Deputy Erik Lance Barron, et al |

| Payment Terms |
|---|
| Due upon receipt |

Jorey Herrscher
Harris County Attorney's Office
1019 Congress, Room 1547
Houston, TX  77002

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Erik Lance Barron | 114.00 Pages | @ | 1.70 | 193.80 |
| Exhibit | 30.00 Pages | @ | 0.65 | 19.50 |
| Color Pages | | | 1.50 | 1.50 |
| Courier/Local Shipping & Handling Delivery Fee | | | 20.00 | 20.00 |
| Etranscript-Email | | | 30.00 | 30.00 |
| Pocket Transcript/ USB Drive | | | 35.00 | 35.00 |
| Admin/Copy | | | 70.00 | 70.00 |
| Filing Requirements - Copy | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**                                      **$394.80**
AFTER 8/5/2016 PAY                                 $400.72

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

(-) Payments/Credits:                            0.00
(+) Finance Charges/Debits:                   0.00

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jorey Herrscher
Harris County Attorney's Office
1019 Congress, Room 1547
Houston, TX  77002

| | | |
|---|---|---|
| Job No. | : 289457 | BU ID        : HOU-DT-R |
| Case No. | : 4:15-CV-2254 | |
| Case Name | : Gene Gerard Basler v. Deputy Erik Lance Barron, et al | |
| Invoice No. | : 405835 | Invoice Date   : 7/6/2016 |
| **Total Due** | : **$394.80** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **DepoTexas, Inc.**
            **P.O. Box 4227**
            **Houston, TX  77210-4227**

# I N V O I C E

DepoTexas
13101 Northwest Freeway, Suite 210
Houston, TX 77040
Phone:281-469-5580   Fax:713-460-2525

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 405835 | 7/6/2016 | 289457 |

| Job Date | Case No. | |
|---|---|---|
| 6/15/2016 | 4:15-CV-2254 | |

| Case Name |
|---|
| Gene Gerard Basler v. Deputy Erik Lance Barron, et al |

| Payment Terms |
|---|
| Due upon receipt |

Jorey Herrscher
Harris County Attorney's Office
1019 Congress, Room 1547
Houston, TX 77002

| | |
|---|---|
| **(=) New Balance:** | **394.80** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jorey Herrscher
Harris County Attorney's Office
1019 Congress, Room 1547
Houston, TX 77002

| | | | | |
|---|---|---|---|---|
| Job No. | : | 289457 | BU ID | : HOU-DT-R |
| Case No. | : | 4:15-CV-2254 | | |
| Case Name | : | Gene Gerard Basler v. Deputy Erik Lance Barron, et al | | |
| Invoice No. | : | 405835 | Invoice Date | : 7/6/2016 |
| **Total Due** | : | **$394.80** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **DepoTexas, Inc.**
            **P.O. Box 4227**
            **Houston, TX 77210-4227**

# INVOICE

**Monarch Reporting, Inc.**
4109 Lillian Street
Houston, Texas 77007
Phone: (832) 618-1234    Fax: (832) 618-1235

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61677 | 6/27/2016 | 19701 |

| Job Date | Case No. | |
|---|---|---|
| 6/16/2016 | CASE NO. 4:15-CV-2254 | |

| Case Name | | |
|---|---|---|
| Gene G. Basler v. Deputy Erik Barron, et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ms. Laura Beckman Hedge
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable, caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

ORIGINAL AND ONE COPY OF DEPOSITION OF:

| | | | | |
|---|---|---|---|---|
| Gene Gerard Basler | 210.00 | Pages @ | 4.80 | 1,008.00 |
| Binding | 2.00 | @ | 15.00 | 30.00 |
| Exhibits, black and white | 3.00 | Pages @ | 0.50 | 1.50 |
| EXHIBITS, Color | 6.00 | Pages @ | 1.00 | 6.00 |
| TABS | 16.00 | Pages @ | 0.50 | 8.00 |
| SHEET PROTECTOR(S) | 1.00 | Pages @ | 0.50 | 0.50 |
| Condensed Transcript | 1.00 | @ | 10.00 | 10.00 |
| ASCII | 1.00 | @ | 10.00 | 10.00 |
| E-TRANSCRIPT | 1.00 | @ | 20.00 | 20.00 |
| E-MAIL | 1.00 | @ | 15.00 | 15.00 |
| SIGNATURE/FILING | 1.00 | @ | 35.00 | 35.00 |
| Repository | 1.00 | @ | 25.00 | 25.00 |
| SHIPPING & HANDLING | 1.00 | @ | 25.00 | 25.00 |

(TAXABLE  $1,194.00)

**TOTAL DUE >>>**          **$1,194.00**

**Tax ID:** 76-0490005

Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Ms. Laura Beckman Hedge
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable,
caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

| | | | | |
|---|---|---|---|---|
| Job No. | : 19701 | BU ID | : 1-MON | |
| Case No. | : CASE NO. 4:15-CV-2254 | | | |
| Case Name | : Gene G. Basler v. Deputy Erik Barron, et al | | | |
| Invoice No. | : 61677 | Invoice Date | : 6/27/2016 | |
| **Total Due** | : **$1,194.00** | | | |

Remit To:   **Monarch Reporting, Inc.**
            **4109 Lillian Street**
            **Houston, TX 77007**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Monarch Reporting, Inc.
4109 Lillian Street
Houston, Texas 77007
Phone: (832) 618-1234   Fax: (832) 618-1235

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61673 | 6/22/2016 | 19733 |
| **Job Date** | **Case No.** | |
| 6/17/2016 | CASE NO. 4:15-CV-2254 | |
| **Case Name** | | |
| Gene G. Basler v. Deputy Erik Barron, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. B. Jorey Herrscher
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable, caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

ORIGINAL AND ONE COPY OF TRANSCRIPT OF DVD TITLED:

| | | | | |
|---|---|---|---|---|
| Basler Thank You Rant | 5.00 Pages | @ | 12.00 | 60.00 |
| Binding | 2.00 | @ | 15.00 | 30.00 |
| Condensed Transcript | 1.00 | @ | 10.00 | 10.00 |
| ASCII | 1.00 | @ | 10.00 | 10.00 |
| E-TRANSCRIPT | 1.00 | @ | 20.00 | 20.00 |
| E-MAIL | 1.00 | @ | 15.00 | 15.00 |
| Repository | 1.00 | @ | 25.00 | 25.00 |
| REPORTER TIME | 0.25 | @ | 50.00 | 12.50 |
| SHIPPING & HANDLING | 1.00 | @ | 15.00 | 15.00 |
| (TAXABLE  $197.50) | | | | |

ORIGINAL AND ONE COPY OF TRANSCRIPT OF DVD TITLED:

| | | | | |
|---|---|---|---|---|
| Basler Podcast | 36.00 Pages | @ | 12.00 | 432.00 |
| Binding | 2.00 | @ | 15.00 | 30.00 |
| Condensed Transcript | 1.00 | @ | 10.00 | 10.00 |
| ASCII | 1.00 | @ | 10.00 | 10.00 |
| E-TRANSCRIPT | 1.00 | @ | 20.00 | 20.00 |
| E-MAIL | 1.00 | @ | 15.00 | 15.00 |

**Tax ID:** 76-0490005

Phone: 713-755-5101   Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. B. Jorey Herrscher
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable,
caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 19733 | BU ID | : 1-MON |
| Case No. | : CASE NO. 4:15-CV-2254 | | |
| Case Name | : Gene G. Basler v. Deputy Erik Barron, et al | | |
| Invoice No. | : 61673 | Invoice Date | : 6/22/2016 |
| **Total Due** | : **$804.50** | | |

Remit To:   **Monarch Reporting, Inc.**
**4109 Lillian Street**
**Houston, TX  77007**

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61673 | 6/22/2016 | 19733 |
| **Job Date** | **Case No.** | |
| 6/17/2016 | CASE NO. 4:15-CV-2254 | |
| **Case Name** | | |
| Gene G. Basler v. Deputy Erik Barron, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Monarch Reporting, Inc.
4109 Lillian Street
Houston, Texas 77007
Phone: (832) 618-1234   Fax: (832) 618-1235

Mr. B. Jorey Herrscher
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable, caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

| | | | | |
|---|---|---|---|---|
| Repository | 1.00 | @ | 25.00 | 25.00 |
| REPORTER TIME | 1.00 | @ | 50.00 | 50.00 |
| SHIPPING & HANDLING | 1.00 | @ | 15.00 | 15.00 |
| (TAXABLE  $607.00) | | | | |
| | | **TOTAL DUE >>>** | | **$804.50** |

**Tax ID:** 76-0490005

Phone: 713-755-5101   Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. B. Jorey Herrscher
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable,
caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 19733 | BU ID | : 1-MON |
| Case No. | : CASE NO. 4:15-CV-2254 | | |
| Case Name | : Gene G. Basler v. Deputy Erik Barron, et al | | |
| Invoice No. | : 61673 | Invoice Date | : 6/22/2016 |
| **Total Due** | **: $804.50** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Monarch Reporting, Inc.**
            **4109 Lillian Street**
            **Houston, TX  77007**

# INVOICE



**Monarch Reporting, Inc.**
4109 Lillian Street
Houston, Texas 77007
Phone: (832) 618-1234   Fax: (832) 618-1235

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61700 | 7/12/2016 | 19718 |
| **Job Date** | **Case No.** | |
| 6/20/2016 | CASE NO. 4:15-CV-2254 | |
| **Case Name** | | |
| Gene G. Basler v. Deputy Erik Barron, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ms. Laura Beckman Hedge
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable, caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

ORIGINAL AND ONE COPY OF DEPOSITION OF:

| | | | | |
|---|---|---|---|---|
| John A. Tisdale | 220.00 Pages | @ | 5.00 | 1,100.00 |
| Binding | 2.00 | @ | 15.00 | 30.00 |
| Exhibits, black and white | 220.00 Pages | @ | 0.50 | 110.00 |
| EXHIBITS, Color | 74.00 Pages | @ | 1.00 | 74.00 |
| DUPLICATING DISK(s) | 1.00 | @ | 10.00 | 10.00 |
| SHEET PROTECTOR(S) | 2.00 Pages | @ | 0.50 | 1.00 |
| TABS | 18.00 Pages | @ | 0.50 | 9.00 |
| Condensed Transcript | 1.00 | @ | 10.00 | 10.00 |
| ASCII | 1.00 | @ | 10.00 | 10.00 |
| E-TRANSCRIPT | 1.00 | @ | 20.00 | 20.00 |
| E-MAIL | 1.00 | @ | 15.00 | 15.00 |
| SIGNATURE/FILING | 1.00 | @ | 35.00 | 35.00 |
| PARKING | 1.00 | @ | 10.00 | 10.00 |
| Repository | 1.00 | @ | 25.00 | 25.00 |
| SHIPPING & HANDLING | 1.00 | @ | 25.00 | 25.00 |
| (TAXABLE  $1,484.00) | | | | |
| | | **TOTAL DUE  >>>** | | **$1,484.00** |

**Tax ID:** 76-0490005

Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Ms. Laura Beckman Hedge
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable,
caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

Job No.      :  19718          BU ID          : 1-MON
Case No.     :  CASE NO. 4:15-CV-2254
Case Name    :  Gene G. Basler v. Deputy Erik Barron, et al

Invoice No.  :  61700          Invoice Date   : 7/12/2016
**Total Due**    :  **$1,484.00**

Remit To:   **Monarch Reporting, Inc.**
            **4109 Lillian Street**
            **Houston, TX  77007**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61700 | 7/12/2016 | 19718 |

| Job Date | Case No. | |
|---|---|---|
| 6/20/2016 | CASE NO. 4:15-CV-2254 | |

| Case Name | | |
|---|---|---|
| Gene G. Basler v. Deputy Erik Barron, et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Monarch Reporting, Inc.
4109 Lillian Street
Houston, Texas 77007
Phone: (832) 618-1234    Fax: (832) 618-1235

Ms. Laura Beckman Hedge
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable, caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

(Billed at semi-technical page rate: $5.00)

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,484.00 |

**Tax ID:** 76-0490005

Phone: 713-755-5101    Fax: 713-755-8924

*Please detach bottom portion and return with payment.*

Ms. Laura Beckman Hedge
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable,
caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 19718 | BU ID | : 1-MON |
| Case No. | : CASE NO. 4:15-CV-2254 | | |
| Case Name | : Gene G. Basler v. Deputy Erik Barron, et al | | |
| Invoice No. | : 61700 | Invoice Date | : 7/12/2016 |
| **Total Due** | : **$1,484.00** | | |

**Remit To:** **Monarch Reporting, Inc.**
**4109 Lillian Street**
**Houston, TX 77007**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

John Tisdale
528 Willow Valley Circle
Brandon, MS 39047
615-426-6280 (Tax Number 45-3055294)
jat.consulting.567@gmail.com

*Invoices are due and payable upon receipt.
Unpaid outstanding invoices past 30 days
will result in suspension of services and a
monthly finance charge. Invoices aged 60
days will be referred to collections and all
legal remedies for payment will be pursued.*

Basler v. Harris County TX Depo
Houston, TX

| | |
|---|---|
| **Invoice #** | 183 |
| **Purchase Order #** | Depo |
| **Invoice Date** | June 6, 2016 |
| **Due Date** | Upon Receipt |
| **Balance Due** | **USD $3,200.00** |

| Description | Rate | Quantity | Discount | Tax | Line Total |
|---|---|---|---|---|---|
| Travel hours to and from depo (This includes mileage 967 miles) | $100.00 | 14 | | | $1,400.00 |
| Hotel Room (includes parking and taxes) | $200.00 | 1 | | | $200.00 |
| Depo time 4 hours | $1,000.00 | 4 | 60.00% | | $1,600.00 |

**Terms:**

All fees due at start of deposition. (Not paid)
depo fee discounted for County Government

| | |
|---|---|
| Invoice Subtotal | $5,600.00 |
| Invoice Discounts | ($2,400.00) |
| **Total Due** | **USD $3,200.00** |
| Due Date | Upon Receipt |

**Note to Client:**

This is an adjusted invoice for deposition.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61688 | 7/5/2016 | 19730 |
| **Job Date** | **Case No.** | |
| 6/23/2016 | CASE NO. 4:15-CV-2254 | |
| **Case Name** | | |
| Gene G. Basler v. Deputy Erik Barron, et al | | |

**Monarch Reporting, Inc.**
4109 Lillian Street
Houston, Texas 77007
Phone: (832) 618-1234    Fax: (832) 618-1235

Mr. B. Jorey Herrscher
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable, caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

| **Payment Terms** |
|---|
| Due upon receipt |

ORIGINAL AND ONE COPY OF DEPOSITION OF:

| | | | | |
|---|---|---|---|---:|
| Vinny Muanza | 67.00 Pages | @ | 4.80 | 321.60 |
| Binding | 2.00 | @ | 15.00 | 30.00 |
| EXHIBITS, Color | 5.00 Pages | @ | 1.00 | 5.00 |
| TABS | 10.00 Pages | @ | 0.50 | 5.00 |
| Condensed Transcript | 1.00 | @ | 10.00 | 10.00 |
| ASCII | 1.00 | @ | 10.00 | 10.00 |
| E-TRANSCRIPT | 1.00 | @ | 20.00 | 20.00 |
| E-MAIL | 1.00 | @ | 15.00 | 15.00 |
| SIGNATURE/FILING | 1.00 | @ | 35.00 | 35.00 |
| Repository | 1.00 | @ | 25.00 | 25.00 |
| SHIPPING & HANDLING | 1.00 | @ | 25.00 | 25.00 |

(TAXABLE  $501.60)

**TOTAL DUE >>>**                    **$501.60**

**Tax ID:** 76-0490005

Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. B. Jorey Herrscher
HARRIS COUNTY ATTORNEY'S OFFICE
Attention: Accounts Payable,
caoinvoices@cao.hctx.net
1019 Congress, 15th Floor
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 19730 | BU ID | : 1-MON |
| Case No. | : CASE NO. 4:15-CV-2254 | | |
| Case Name | : Gene G. Basler v. Deputy Erik Barron, et al | | |
| Invoice No. | : 61688 | Invoice Date | : 7/5/2016 |
| Total Due | : **$501.60** | | |

Remit To:    **Monarch Reporting, Inc.**
**4109 Lillian Street**
**Houston, TX  77007**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# STRATEGIC
## PRESENTATIONS, INC.

# INVOICE

**Strategic Presentations of Texas, Inc.**
17315 Ginger Fields Ln
Tomball, TX 77377
United States

BILL TO
**Harris County Attorney's Office - Laura Hedge**
Andrea Mintzer
1019 Congress Avenue
Houston, Texas 77002
United States

CAOInvoices@cao.hctx.net

| | |
|---|---|
| **Invoice Number:** | 152 |
| **Invoice Date:** | January 11, 2017 |
| **Payment Due:** | January 11, 2017 |
| **Amount Due (USD):** | **$750.00** |

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Deposition Half Day**<br>Multiple Depositions < 4 hours Half-Day<br>Erik Ibarra 1-5-2017 | 1 | $375.00 | $375.00 |
| **Deposition Half Day**<br>Multiple Depositions < 4 hours Half-Day<br>Sean Ibarra 1-5-2017 | 1 | $375.00 | $375.00 |

| | | |
|---|---|---|
| **Total:** | | $750.00 |
| **Amount Due (USD) :** | | **$750.00** |

**Notes**
Case No. 4:15-CV-2254
Gene G. Basler
v.
Deputy Erik Barron

# INVOICE

**Stratos Legal**
*Raising the bar.*
*Nationwide.*

800.971.1127•www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188997 | 1/9/2017 | 103705 |
| **Job Date** | **Case No.** | |
| 1/5/2017 | 4:15-CV-2254 | |
| **Case Name** | | |
| Gene G. Balser vs. Debuty Erik Barron, et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

ORIGINAL TRANSCRIPT OF:

| Erik Adam Ibarra | 101.00 Pages | 481.77 |
|---|---|---|
| Administrative Fee | | 60.00 |
| Binding | | 10.00 |
| E-Transcript Fee | | 35.00 |
| Shipping & Handling | | 25.00 |
| | **TOTAL DUE >>>** | **$611.77** |

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

Job No.    : 103705      BU ID      : MAIN
Case No.   : 4:15-CV-2254
Case Name  : Gene G. Balser vs. Debuty Erik Barron, et. al

Invoice No. : 188997          Invoice Date : 1/9/2017
**Total Due  : $ 611.77**

Remit To: **Stratos Legal Services, LP**
**4295 San Felipe, Suite 125**
**Houston, TX  77027**

| **PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

## Stratos Legal

**Raising the bar.**
*Nationwide.*

800.971.1127 • www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188999 | 1/9/2017 | 103708 |
| **Job Date** | **Case No.** | |
| 1/5/2017 | 4:15-CV-2254 | |
| **Case Name** | | |
| Gene G. Balser vs. Debuty Erik Barron, et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

ORIGINAL TRANSCRIPT OF:

| | | |
|---|---|---|
| Sean Carlos Ibarra | 65.00  Pages | 310.05 |
| Administrative Fee | | 60.00 |
| Binding | | 10.00 |
| E-Transcript Fee | | 35.00 |
| | **TOTAL DUE >>>** | **$415.05** |

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.



**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

Job No.    : 103708          BU ID      : MAIN
Case No.   : 4:15-CV-2254
Case Name  : Gene G. Balser vs. Debuty Erik Barron, et. al

Invoice No. : 188999          Invoice Date  : 1/9/2017
**Total Due  : $ 415.05**

Remit To: **Stratos Legal Services, LP**
          **4295 San Felipe, Suite 125**
          **Houston, TX  77027**

| PAYMENT WITH CREDIT CARD      AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# INVOICE

## Stratos Legal
### Raising the bar.
### Nationwide.
800.971.1127•www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 189429 | 1/25/2017 | 103704 |
| **Job Date** | **Case No.** | |
| 1/9/2017 | 4:15-CV-2254 | |
| **Case Name** | | |
| Gene G. Balser vs. Debuty Erik Barron, et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

ORIGINAL TRANSCRIPT OF:

| | | |
|---|---|---:|
| Dexter Cruickshank | 104.00  Pages | 496.08 |
| Exhibit | 3.00  Pages | 1.35 |
| Administrative Fee | | 60.00 |
| Binding | | 10.00 |
| E-Transcript  Fee | | 35.00 |
| CD Duplication | | 30.00 |
| Shipping & Handling | | 25.00 |
| | **TOTAL DUE  >>>** | **$657.43** |

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

Job No.     : 103704          BU ID      : MAIN
Case No.    : 4:15-CV-2254
Case Name : Gene G. Balser vs. Debuty Erik Barron, et. al

Invoice No. : 189429          Invoice Date : 1/25/2017
**Total Due  :  $ 657.43**

Remit To: **Stratos Legal Services, LP**
**4295 San Felipe, Suite 125**
**Houston, TX  77027**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 189431 | 1/25/2017 | 103707 |

| Job Date | Case No. | |
|---|---|---|
| 1/9/2017 | 4:15-CV-2254 | |

| Case Name | | |
|---|---|---|
| Gene G. Balser vs. Debuty Erik Barron, et. al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**Stratos Legal**
*Raising the bar.*
*Nationwide.*
800.971.1127▪www.stratoslegal.com

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

ORIGINAL TRANSCRIPT OF:

| | | |
|---|---|---|
| Paula Cruickshank | 67.00 Pages | 319.59 |
| Administrative Fee | | 60.00 |
| Binding | | 10.00 |
| E-Transcript Fee | | 35.00 |
| **TOTAL DUE >>>** | | **$424.59** |

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

Job No.      : 103707       BU ID      : MAIN
Case No.    : 4:15-CV-2254
Case Name : Gene G. Balser vs. Debuty Erik Barron, et. al

Invoice No. : 189431       Invoice Date : 1/25/2017
**Total Due  : $ 424.59**

Remit To: **Stratos Legal Services, LP**
**4295 San Felipe, Suite 125**
**Houston, TX  77027**

| PAYMENT WITH CREDIT CARD     AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                     Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |



# INVOICE

**Strategic Presentations of Texas, Inc.**
17315 Ginger Fields Ln
Tomball, Texas 77377
United States

BILL TO
**Harris County Attorney's Office - Laura Hedge**
Andrea Mintzer
1019 Congress Avenue
Houston, Texas 77002
United States

CAOInvoices@cao.hctx.net

| | |
|---|---|
| **Invoice Number:** | 159 |
| **Invoice Date:** | February 2, 2017 |
| **Payment Due:** | February 2, 2017 |
| **Amount Due (USD):** | **$400.00** |

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Deposition Half Day**<br>4 hours Half-Day Gilbert Cruz 1-10-17 | 1 | $400.00 | $400.00 |

| | |
|---|---|
| **Total:** | $400.00 |
| **Amount Due (USD):** | **$400.00** |

**Notes**
Gene Bassler
v.
Deputy Erik Barron, et Al.
4:15-CV-2254

# INVOICE

**Stratos Legal**

*Raising the bar.*
*Nationwide.*

800.971.1127•www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 189484 | 1/25/2017 | 103706 |
| **Job Date** | **Case No.** | |
| 1/10/2017 | 4:15-CV-2254 | |
| **Case Name** | | |
| Gene G. Balser vs. Debuty Erik Barron, et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002

| ORIGINAL TRANSCRIPT OF: | | | |
|---|---|---|---|
| Gilbert Cruz | 100.00 | Pages | 477.00 |
| Exhibit | 6.00 | Pages | 2.70 |
| Administrative Fee | | | 60.00 |
| Binding | | | 10.00 |
| E-Transcript  Fee | | | 35.00 |
| Shipping & Handling | | | 25.00 |
| | **TOTAL DUE >>>** | | **$609.70** |

Technical/videotaped

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Laura Beckman Hedge
Harris County Attorney's Office
1019 Congress Avenue, 15th floor
Houston, TX  77002



RECEIVED

JAN 3 1 2017

Harris County Attorney
Houston, Tx

| Job No. | : 103706 | BU ID | : MAIN |
|---|---|---|---|
| Case No. | : 4:15-CV-2254 | | |
| Case Name | : Gene G. Balser vs. Debuty Erik Barron, et. al | | |
| Invoice No. | : 189484 | Invoice Date | : 1/25/2017 |
| **Total Due** | **: $ 609.70** | | |

Remit To: **Stratos Legal Services, LP**
**4295 San Felipe, Suite 125**
**Houston, TX  77027**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

RUSH

County Auditor's Form #1265
Harris County, Texas (REV. 11/93)

# Receipt for Cash Expended

Date: 6/16/16

| | | | |
|---|---|---|---|
| Payable to: | Vinny Muanza | Amount: $ | |
| Reason for check: | Witness deposition subpoena fee | Amount: $ | 55.00 |
| Cause #: | 4:15-CV-2254 | Amount: $ | |
| Style of case: | C.A. No. 4:15-CV-2254; Gene Basler v. Deputy Erik Barron, et al. | Amount: $ | |
| CA File #: | 15TRL0232 | Amount: $ | |
| | | **TOTAL** | 55.00 |

I hereby certify that the above statement is true and correct.

Reimbursement
Requested By: _____

Supervisor's Signature: _____

Cash Received By: _____

Custodian's Initials: _____

NOTE: In all cases in which cash is advanced, attach this receipt to the bill when filed with the Auditor.

---

**VINCE RYAN**
**HARRIS COUNTY ATTORNEY**
LITIGATION EXPENSE ACCOUNT
1019 CONGRESS, 15TH FL.
HOUSTON, TX 77002

6110

35-1125-1130

DATE 6/16/16

PAY
TO THE
ORDER OF  Vinny Muanza                              $ 55.00

Fifty-five dollars & no/100                                          DOLLARS

**Amegy** Bank.
Amegy Bank N.A.
P.O. Box 27459
Houston, Texas 77227-7459

Gene Basler v. Deputy Erik Barron
et al.

FOR Witness deposition subpoena fee; 4:15-CV-2254

⑈000006110⑈ ⑆113011258⑆ 0007708379⑈

RUSH

County Auditor's Form #1265
Harris County, Texas (REV. 11/93)

# Receipt for Cash Expended

Date: 6/16/16

| | |
|---|---|
| Payable to: Vinny Muanza | Amount: $ |
| Reason for check: Witness deposition subpoena fee | Amount: $ 55.00 |
| Cause #: 4:15-CV-2254 | Amount: $ |
| Style of case: C.A. No. 4:15-CV-2254; Gene Basler v. Deputy Erik Barron, et al. | Amount: $ |
| CA File #: 15TRL0232 | Amount: $ |
| | **TOTAL** 55.00 |

I hereby certify that the above statement is true and correct.

Reimbursement
Requested By:

Supervisor's Signature:

Cash Received By:

Custodian's Initials:

NOTE: In all cases in which cash is advanced, attach this receipt to the bill when filed with the Auditor.


**Print, Scan, Copy, and Litigation Support**

# INVOICE

**ServiceDocs, Inc.**
17315 Ginger Fields Lane
Tomball, Texas 77377
United States

Phone: 713-320-6774
Fax: 713-237-8840

BILL TO
**Harris County Attorney's Office - Laura Hedges**
Christine  McGee
1019 Congress Avenue
Houston, Texas 77002
United States

CAOInvoices@cao.hctx.net

| | | |
|---|---|---|
| **Invoice Number:** | 625 |
| **Invoice Date:** | June 11, 2016 |
| **Payment Due:** | June 11, 2016 |
| **Amount Due (USD):** | **$90.00** |

| Product/Service | Quantity | Price | Amount |
|---|---|---|---|
| **Flash Drive Creation**<br>Flash Drive Duplication 16 GB 5-14-16 | 1 | $45.00 | $45.00 |
| **Flash Drive Creation**<br>Flash Drive Duplication 16 GB 6-9-16 | 1 | $45.00 | $45.00 |

| | |
|---|---|
| **Total:** | $90.00 |
| **Amount Due (USD):** | **$90.00** |

**Notes**
Gene Basler
v.
Harris County
Cause # 2015-17638



# INVOICE

The Woodlands, Texas 77380
5 Grogans Park, Suite 211
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

| Date | 6/15/2016 |
|---|---|
| Invoice # | 3513 |
| EIN | 76/0576072 |

**Bill To**

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Computer Forensic Professional Services | 2,812.50 | 2,812.50 |
| | "See Billing Summary email from Accounting for more details" | | |

*Approved 6/7/16 [signature]*

| | |
|---|---|
| **Subtotal** | $2,812.50 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $2,812.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,812.50 |

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.



The Woodlands, Texas 77380
5 Grogans Park, Suite 211
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

# INVOICE

| Date | 7/21/2016 |
|---|---|
| Invoice # | 3568 |

| EIN | 76/0576072 |
|---|---|

## Bill To

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3.00 | Computer Forensic Evidence Storage for the Month of: June, July and August 2016 | 150.00 | 450.00 |
| 3.00 | 50% Discount | -75.00 | -225.00 |

| | |
|---|---|
| **Subtotal** | $225.00 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $225.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $225.00 |

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.



# INVOICE

The Woodlands, Texas 77380
5 Grogans Park, Suite 211
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

| | |
|---|---|
| **Date** | 9/1/2016 |
| **Invoice #** | 3622 |

| | |
|---|---|
| **EIN** | 76/0576072 |

### Bill To

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.00 | Computer Forensic Evidence Storage for the Month of: September 2016 | 150.00 | 150.00 |
| 1.00 | 50% Discount | -75.00 | -75.00 |

| | |
|---|---|
| **Subtotal** | $75.00 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.



# INVOICE

The Woodlands, Texas 77380
5 Grogans Park, Suite 211
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

| Date | 10/1/2016 |
|---|---|
| Invoice # | 3658 |

| EIN | 76/0576072 |
|---|---|

**Bill To**

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.00 | Computer Forensic Evidence Storage for the Month of: October 2016 | 150.00 | 150.00 |
| 1.00 | 50% Discount | -75.00 | -75.00 |

| | |
|---|---|
| **Subtotal** | $75.00 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

The information transmitted is intended only for the person or entity to
which it is addressed and may contain confidential and/or privileged material.
Any review, re-transmission, dissemination or other use of, or taking of any
action in reliance upon, this information by persons or entities other than the
intended recipient is prohibited. If you received this in error, please
contact the sender and delete the material from any computer.



# INVOICE

The Woodlands, Texas 77380
5 Grogans Park, Suite 211
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

| Date | 12/1/2016 |
|---|---|
| Invoice # | 3745 |

| EIN | 76/0576072 |
|---|---|

### Bill To

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.00 | Computer Forensic Evidence Storage for the Month of: December 2016 | 150.00 | 150.00 |
| 1.00 | 50% Discount | -75.00 | -75.00 |

| | |
|---|---|
| **Subtotal** | $75.00 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.


**RECOGNIZED LEADER IN COMPUTER FORENSICS**

# INVOICE

The Woodlands, Texas 77380
5 Grogans Park, Suite 211
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

| Date | 1/1/2017 |
|---|---|
| Invoice # | 3772 |

| EIN | 76/0576072 |
|---|---|

### Bill To

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.00 | Computer Forensic Evidence Storage for the Month of: January 2017 | 150.00 | 150.00 |
| 1.00 | 50% Discount | -75.00 | -75.00 |

| | |
|---|---|
| **Subtotal** | $75.00 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.



# INVOICE

The Woodlands, Texas 77380
5 Grogans Park, Suite 211
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

| Date | 1/19/2017 |
|---|---|
| Invoice # | 3812 |

| EIN | 76/0576072 |
|---|---|

## Bill To

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.00 | Computer Forensic Evidence Storage for the Month of: February 2017 | 150.00 | 150.00 |
| 1.00 | 50% Discount | -75.00 | -75.00 |

| | |
|---|---|
| **Subtotal** | $75.00 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

The information transmitted is intended only for the person or entity to
which it is addressed and may contain confidential and/or privileged material.
Any review, re-transmission, dissemination or other use of, or taking of any
action in reliance upon, this information by persons or entities other than the
intended recipient is prohibited. If you received this in error, please
contact the sender and delete the material from any computer.


**RECOGNIZED LEADER IN COMPUTER FORENSICS**

# INVOICE

5 Grogans Park, Suite 211
The Woodlands, Texas 77380
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

| Date | 2/27/2017 |
|---|---|
| Invoice # | 3855 |

| EIN | 76/0576072 |
|---|---|

## Bill To

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.00 | Computer Forensic Evidence Storage for the Month of: March 2017 | 150.00 | 150.00 |
| 1.00 | 50% Discount | -75.00 | -75.00 |

| | |
|---|---|
| **Subtotal** | $75.00 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

The information transmitted is intended only for the person or entity to
which it is addressed and may contain confidential and/or privileged material.
Any review, re-transmission, dissemination or other use of, or taking of any
action in reliance upon, this information by persons or entities other than the
intended recipient is prohibited. If you received this in error, please
contact the sender and delete the material from any computer.



**RECOGNIZED LEADER IN COMPUTER FORENSICS**

5 Grogans Park, Suite 211
The Woodlands, Texas 77380
P: (281) 296-0465 | F: (509) 272-2799
Accounting@CyberEvidence.com
www.cyberevidence.com

# INVOICE

| Date | 4/6/2017 |
|---|---|
| Invoice # | 3919 |

| EIN | 76/0576072 |
|---|---|

### Bill To

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002

| Case Number | Terms | P.O. No. |
|---|---|---|
| **CE16060201 - HCTX (GBasler)** | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Computer Forensic Professional Services<br><br>The cost to duplicate the data is $175 per forensic image plus $125 for the cost of the external hard drive. In this matter there are 3 forensic images, but since only 1 of the images contained the full original data set and as a courtesy to you and the Harris County Attorney's Office, David Brown waived the costs associated with 2 of the images.<br><br>The total cost is $300, plus any courier/shipping fee (if necessary). | 300.00 | 300.00 |

| | |
|---|---|
| Subtotal | $300.00 |
| Sales Tax (8.25%) | $0.00 |
| **Total** | $300.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $300.00 |

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.